UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BRAMAN and MELISSA DUNN, individually, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>GPD HOLDINGS, LLC d/b/a CoinFlip, and CF PREFERRED LLC d/b/a Olliv,<br><br>   Defendants. | Case No.: 1:23−cv−15656<br><br>Hon. Gabriel A. Fuentes |

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit this Status Report pursuant to this Court's guidance (Doc. No. 53) to notify the Court that Plaintiffs elect to litigate Defendants' Motion to Dismiss.

Dated: May 21, 2024

                Respectfully Submitted,

                /s/ Bryan F. Aylstock
                Bryan F. Aylstock
                E. Samuel Geisler (Ill. Bar No. 6305996)
                baylstock@awkolaw.com
                sgeisler@awkolaw.com
                AYLSTOCK, WITKIN, KREIS &
                OVERHOLTZ, PLLC
                17 East Main Street, Suite 200
                Pensacola, FL 32502
                Telephone: (850) 202-1010
                Facsimile: (850) 916-7449

                BRADLEY/GROMBACHER LLP
                Kiley L. Grombacher, Esq.
                kgrombacher@bradleygrombacher.com
                31365 Oak Crest Drive, Suite 240
                Westlake Village, CA 91361

                *Attorneys for Plaintiffs and the Proposed Class*

Certificate of Service

I HEREBY CERTIFY that on May 21, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Bryan F. Aylstock

Bryan F. Aylstock
