**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID BRAMAN and MELISSA DUNN, Individually and on behalf of all others similarly situated, </br> Plaintiff, </br> v. </br> GPD HOLDINGS, LLC d/b/a CoinFlip, and CF PREFERRED LLC d/b/a Olliv, </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No.: 1:23-cv-15656 </br> ) </br> ) </br> ) Honorable Judge Sunil R. Harjani </br> ) </br> ) |

**JOINT STATUS REPORT**

Plaintiffs DAVID BRAMAN and MELISSA DUNN, by and through their undersigned counsel, and Defendants GPD HOLDINGS, LLC d/b/a COINFLIP and CF PREFERRED LLC d/b/a OLLIV (collectively "Defendants"), by and through their undersigned counsel, submit this Joint Status Report concerning progress on settlement finalization.

1. Following the settlement conference, the parties have been conferring over the next steps towards finalizing the settlement and have agreed as follows:

    a. The parties have a settlement agreement negotiated and out for signature to their respective clients;

    b. The parties have selected a class administrator and are working on final retention of same;

    c. The parties expect to have the settlement agreement executed within three weeks and are working collaboratively on a motion for approval, which they expect to file within 4 weeks or immediately after the execution of the agreement;

   c.  The parties request a thirty-day (30) date (or any date deemed appropriate by the Court) for either a status conference with the Court or the submission of a Joint Status Report regarding the steps outlined above.

| **Plaintiff's Attorneys** | **Defendants' Attorneys** |
|---|---|
| BY: */s/ E. Samuel Geisler* <br> Bryan F. Aylstock <br> Caitlyn P. Miller <br> E. Samuel Geisler <br> Maury Samuel Goldstein <br> Aylstock, Witkin, Kreis & Overholtz, PLLC <br> 17 East Main Street, <br> Suite 200 <br> Pensacola, FL 32502 <br> baylstock@awkolaw.com <br> cmiller@awkolaw.com <br> sgeisler@awkolaw.com <br> mgoldstein@awkolaw.com <br><br> Kiley L. Grombacher, <br> Fernando Valle, Jr., <br> Bradley/Grombacher LLP <br> 31365 Oak Crest Drive, Suite 240, <br> Westlake Village, CA 91361 <br> Phone: (805) 270-7100 <br> kgrombacher@bradleygrombacher.com <br> fvalle@bradleygrombacher.com <br> E. Samuel Geisler is the lead trial attorney | BY: */s/ Peter R. Ryndak* <br> Sammi L. Renken ARDC #6275755 (renkens@jbltd.com) <br> Peter R. Ryndak ARDC # 6238006 (ryndakp@jbltd.com) <br> JOHNSON & BELL, LTD. <br> 33 W. Monroe St., Suite 2700 <br> Chicago, Illinois 60603 <br> (312) 372-0770 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Peter R. Ryndak*
