**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

David Braman, et al.
Plaintiff,
v.
GPD Holdings, LLC, et al.
Defendant.

Case No.: 1:23−cv−15656
Honorable Gabriel A. Fuentes

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 10, 2025:

MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiffs' corrected unopposed motion for final approval of class action settlement (doc. #[102]) is granted. Enter Order Granting Final Approval of Class Action Settlement and Judgment. Plaintiffs' unopposed motion for final approval of class action settlement (doc. #[100]) is denied as moot. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.